IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3131 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH BRYAN JOHNSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

As part of his Statement of Position on Sentencing and Request for Evidentiary Hearing (filing 45), the defendant moves for an evidentiary hearing on a date after January 31, 2012, to present evidence in support of his position that his offense level be decreased to Level 6 under U.S.S.G. §2K2.1(b)(2). Further, the defendant moves for a continuance of sentencing, currently set for January 3, 2012. The government does not oppose the defendant's motions. Accordingly,

IT IS ORDERED:

1. The defendant's unopposed motions for evidentiary hearing and to continue sentencing (filing 45) are granted;

2. The defendant's sentencing, currently set for January 3, 2012, is continued until further order of the court;

3. Counsel shall contact my Judicial Assistant, Kris Leininger, on or after January 3, 2012, to schedule an evidentiary hearing to occur after January 31, 2012, with sentencing to immediately follow.

DATED this 20th day of December, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge